CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

BENJAMIN K. KLEINMAN (NYBN 5358189)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Benjamin.kleinman2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **NO. 4:24-CR-00538 AMO** |
| Plaintiff, | ) |
| | ) |
| v. | ) ~~**PROPOSED**~~ **SCHEDULING ORDER AS** |
| | ) **MODIFIED BY THE COURT** |
| AVI KING (aka Avi Fogel), and | ) |
| CHRISTOS CHRESTATOS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

1862337.v1

The parties hereby stipulate to the following proposed scheduling order.

1.     On or before Friday, September 4, 2026, the parties shall each serve a summary pursuant to Fed. R. Crim. P. 16 for each expert witness that they intend to call at trial in their case-in-chief.  Any rebuttal experts shall be disclosed on or before Friday, September 18, 2026.

2.     On or before Friday, October 2, 2026, the parties shall file any *Daubert* motions, and the responses are due on or before Friday, October 16, 2026.

3.     On or before Monday, November 2, 2026, the government shall file a summary of statements the government intends to offer under Fed. R. Evid. 801(d)(2)(E) in sufficient detail that the Court may rule on the admissibility of any statement.

4.     On or before Monday, November 2, 2026, the government shall provide a summary of evidence it believes is inextricably intertwined with the charged scheme or is evidence of other crimes, wrongs or acts, which the government intends to offer under F. R. Evid. 404(b).

5.     On or before Friday, November 13, 2026, the government shall provide the defense with its preliminary witness and exhibit lists.  To the extent consistent with the defendant's right to an effective defense, defense counsel shall provide the same to the government.

6.     On or before Friday, November 20, 2026 **by noon**, the defense shall file any oppositions to the government's motions filed on Monday, November 2, 2026.

7.     On or before Friday, November 20, 2026 **by noon**, the parties shall file any motions *in limine* and oppositions will be filed on or before Friday, December 4, 2026.

8.     On or before Monday, December 14, 2026, the parties shall, pursuant to Local Rule 17.1-1(b), file a joint pretrial conference statement addressing all fifteen (15) issues identified therein.

9.     On or before Monday, December 14, 2026, the parties shall submit joint proposed jury instructions. Any instructions on which counsel cannot agree shall be marked as "disputed," and shall be included within the jointly submitted instructions and accompanying table of contents, in the place where the party proposing the instruction believes it should be given.

1862337.v1

Argument and authority for and against each disputed instruction shall be included as part of the joint submission, on separate sheets directly following the disputed instruction.

10.    On or before Monday, December 14, 2026, the government shall serve and file: (1) a proposed jury verdict form; (2) a list of all witnesses who may be called, together with a brief summary of the testimony of each; (3) an exhibit list; and (4) a trial memorandum briefly stating the legal bases for the charges and the anticipated evidence, and addressing any evidentiary, procedural or other anticipated legal issues. To the extent consistent with the defendant's right to an effective defense, defense counsel shall also serve and file items (2) through (4) above.

11.    The government shall continue to disclose to defense information as required by Fed. R. Crim. P. 16. The government has already produced certain *Jencks* material and will make all reasonable efforts to produce all *Jencks* material on or before Friday, December 4, 2026. The government will promptly produce any additional *Jencks* material received and/or created after Friday, December 4, 2026. The government will promptly disclose to defense *Brady* and/or *Giglio* material pursuant to Brady v. Maryland, 373 U.S. 83 (1963), Giglio v. United States, 405 U.S. 150 (1972), and their progenies.

12.    On Monday, December 21, 2026, the Court shall hold a pretrial conference.

13.    On Tuesday, January 5, 2027, the trial shall commence, the Court's schedule permitting.

Respectfully submitted,

DATED: March 19, 2026

**GRANTED**

*Araceli Mart...*

Judge Araceli Martínez-Olguín

**DATED: 3/24/2026**

_____/s/_____
**BENJAMIN K. KLEINMAN**
Assistant United States Attorney

DATED: March 19, 2026

_____/s/_____
**DANIEL OLMOS**
Counsel for Defendant Avi King

DATED: March 19, 2026

_____/s/_____
**MARK GOLDROSEN**
Counsel for Defendant Christos Chrestatos

2
[PROPOSED] STIPULATED SCHEDULING ORDER
Case No. 4:24-CR-00538 AMO